IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| WILLIAM DAVIDSON HAMBY, JR. ) | |
| ) | |
| v. ) | NO. 3:12-0879 |
| ) | |
| METRO NASHVILLE POLICE ) | |
| DEPARTMENT, et al. ) | |

**O R D E R**

By Order entered October 19, 2012 (Docket Entry No. 20), the plaintiff's constitutional claims under 42 U.S.C. § 1983 against Defendants Metro Nashville Police Department, Brian Johnson and John Pryor were stayed until the conclusion of the current state criminal proceedings against the plaintiff. The Court directed the parties to file a notice with the Court upon the resolution of the plaintiff's relevant state criminal proceedings stating the outcome of the proceedings and directed the Defendants to file a status report by January 31, 2013, if the state criminal proceedings were still ongoing at that time, indicating the status of the relevant state criminal proceedings involving the plaintiff, whether any of the state charges have been resolved, and/or when further proceedings are scheduled.

On January 29, 2013, the Defendants filed a status report (Docket Entry No. 35), in which they stated that the plaintiff's underlying criminal charges are set for discussion in the Davidson County Criminal Court on February 22, 2013.

Accordingly, this action remains STAYED in accordance with the October 19, 2012, Order. Upon the resolution of the relevant state criminal proceedings involving the plaintiff, the parties shall file a notice with the Court stating the outcome of the proceedings. If the relevant state criminal

proceedings are still ongoing, the Defendants shall, by April 1, 2013, file a status report, including the status of the relevant state proceedings, whether any of the state charges have been resolved, and/or when further proceedings are scheduled.

Any party desiring to appeal this Order may do so by filing a motion for review no later than fourteen (14) days from the date this Order is served upon the party. The motion for review must be accompanied by a brief or other pertinent documents to apprise the District Judge of the basis for appeal. See Rule 72.02(b) of the Local Rules of Court.

The Clerk is directed to send a copy of this Order to the plaintiff by regular, first class mail (only).

So ORDERED.

JULIET GRIFFIN
United States Magistrate Judge