# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| WILLIAM DAVIDSON HAMBY, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:12-0879 |
| ) | Judge Trauger |
| METRO NASHVILLE POLICE DEPARTMENT, ) | Magistrate Judge Griffin |
| *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **O R D E R**

It is hereby **ORDERED** that the plaintiff's Motion for Court Clerk to Send Documents (Docket Entry No. 86) is **GRANTED**.. The Clerk shall send him the requested documents.

It is so **ORDERED**.

ENTER this 5th day of September 2014.

_____
ALETA A. TRAUGER
U.S. District Judge